

Mester and Schwartz, P.C.
Jason Brett Schwartz, Esquire
Bar No. 4217
1333 Race Street
Philadelphia, PA 19107
(267) 909-9036

Order Filed on November 30,
2016 by Clerk U.S. Bankruptcy
Court District of New Jersey

**ATTORNEY FOR CREDITOR: CONSUMER PORTFOLIO SERVICES**

IN THE BANKRUPTCY COURT FOR THE
DISTRICT OF NEW JERSEY (CAMDEN)
HONORABLE JERROLD N. POSLUSNY JR.

| | | |
|---|---|---|
| In re: | : | Case No. 13-11831-JNP |
| | : | |
| MARC R. JONES and | : | |
| LANA J. JONES, | : | Chapter 13 |
| | : | |
| Debtors, | : | Related to Doc. No. |
| | : | |

CONSENT ORDER MODIFYING STAY AS TO MOTOR VEHICLE
2013 NISSAN ROGUE UTILITY 4D SV AWD 2.5L I4, VIN JN8AS5MV2DW122190

The relief set forth on the following pages, number two (2) through four (4) is hereby

ORDERED.

**DATED: November 30, 2016**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Debtors:           Marc R. Jones and Lana L. Jones
Case No.:          13-11831-JNP
Caption of Order:  Consent Order Modifying Stay as to Personal Property

1. The 11 U.S.C. §362(a) Stay as to Consumer Portfolio Service, Inc., ("Movant"), with respect to the personal property of Debtors described as a 2013 Nissan Rogue Utility 4D SV AWD 2.5L I4, VIN JN8AS5MV2DW122190 accordance with the agreement of the Debtors and Movant is hereby modified and shall remain in effect PROVIDED THAT Debtors comply with the following terms and conditions:

The arrears are $439.83 as of the November 9, 2016 payment due under the Contract. Debtors shall cure the arrears by paying the following amounts on the following dates:

    December 9, 2016 - $513.14

    January 9, 2017 - $513.14

    February 9, 2017 - $513.14

    March 9, 2017 - $513.14

    April 9, 2017 - $513.14

    May 9, 2017 - $513.14

Debtors shall then be responsible for timely making all future regular monthly payments due under the Contract to Movant starting with the payment due on June 9, 2017. Failure to make future monthly payments shall also be cause for default under this Consent Order.

| | |
|---|---|
| Debtors: | Marc R. Jones and Lana L. Jones |
| Case No.: | 13-11831-JNP |
| Caption of Order: | Consent Order Modifying Stay as to Personal Property |

2. The term "payment" as set forth in Paragraph 1, supra, does not include a check that is returned due to insufficient funds, account closed or is otherwise not capable of negotiation for any other reason.

3. Debtors will be in default under the Consent Order in the event that Debtors fail to comply with the payment terms and conditions in Paragraph 1, supra. If Debtors fail to cure the default within thirty (30) days from the date of default, Movant may file a Certification of Default on five (5) days notice to Debtors, counsel for Debtors and the Chapter 13 Trustee for an Order lifting the automatic Stay imposed under 11 U.S.C. §362(a) and permitting Movant to exercise any rights under the loan documents with respect to the motor vehicle including, but not limited to, initiating and completing sale of the motor vehicle without regard to any future conversion of this matter to a different form of bankruptcy.

4. The failure of Movant to file a notice of default will not be construed or act as a waiver of any of the rights of Movant under the Consent Order.

5. In the event Debtors convert to a bankruptcy under any Chapter other than Chapter 13 of the Bankruptcy Code, then Debtors shall pay all pre-petition arrears and post-petition arrears within fifteen (15) days from the date the case is converted from Chapter 13 to any other Chapter.

Debtors:          Marc R. Jones and Lana L. Jones
Case No.:         13-11831-JNP
Caption of Order: Consent Order Modifying Stay as to Personal Property

6. Movant's fees and costs of $526 are to be paid through the Chapter 13 Plan.

We hereby Consent to the form and entry of the foregoing Order.

| /s/Joseph J. Rogers<br>Joseph J. Rogers, Esq.<br>Washington Professional Campus<br>900 Route 168<br>Suite I-4<br>Turnersville, NJ 08012<br>(856) 228-7964<br>Fax : (856) 228-7965<br>Email: jjresq@comcast.net | /s/ Jason Brett Schwartz<br>Jason Brett Schwartz, Esq.<br>Mester and Schwartz, P.C.<br>1333 Race Street<br>Philadelphia, PA  19107<br>(267) 909-9936 |
|---|---|

```
                        United States Bankruptcy Court
                             District of New Jersey
```

```
In re:                                                         Case No. 13-11831-JNP
Marc R. Jones                                                  Chapter 13
Lana J. Jones
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-1          User: admin              Page 1 of 1            Date Rcvd: Nov 30, 2016
                              Form ID: pdf903          Total Noticed: 1
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 02, 2016.
db/jdb          Marc R. Jones,    Lana J. Jones,    106 S Saint Andrews Dr,    Mount Laurel, NJ   08054-2303

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 02, 2016                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 30, 2016 at the address(es) listed below:
              Brian C. Nicholas    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
               bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    PNC Bank, National Association
               bankruptcynotice@zuckergoldberg.com, bkgroup@kmllawgroup.com
              Frances Gambardella    on behalf of Creditor    PNC Bank, National Association
               bankruptcynotice@zuckergoldberg.com
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Jason Brett Schwartz    on behalf of Creditor    Consumer Portfolio Services
               jschwartz@mesterschwartz.com
              Joseph J. Rogers    on behalf of Joint Debtor Lana J. Jones jjresq@comcast.net,
               jjresq1@comcast.net
              Joseph J. Rogers    on behalf of Debtor Marc R. Jones jjresq@comcast.net,  jjresq1@comcast.net
                                                                                              TOTAL: 8
```