UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Joseph J. Rogers, Esquire (JJR 1185)
Washington Professional Campus
900 Route 168, Suite I-4
Turnersville, NJ 08012
(856) 228-7964

Order Filed on February 9, 2017
by Clerk U.S. Bankruptcy Court
District of New Jersey

In Re:

Marc and Lana Jones

Case No.: 13-11831 JNP

Chapter: 13

Judge: Jerrold N. Poslusny, Jr

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is hereby **ORDERED**.

DATED: February 9, 2017

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Joseph J. Rogers, Esq_____, the applicant, is allowed a fee of $ _____400_____ for services rendered and expenses in the amount of $_____ for a total of $_____400_____ . The allowance shall be payable:

☒ through the Chapter 13 plan as an administrative priority.

❏ outside the plan.

The debtor's monthly plan is modified to require a payment of $\_\_\_\_\_2058\_\_\_\_\_ per month for \_\_\_\_\_11\_\_\_\_ months to allow for payment of the aforesaid fee.

**payments will commence March 1, 2017***

*Revised 10/3/02*

Case 13-11833-JNP    Doc 53-3    Filed 02/07/17    Entered 02/07/17 08:56:35    Desc Main
Proposed Order    Page 2 of 2