| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-2(c)** | |
| Joseph J. Rogers, Esquire (JJR 1185)<br>Washington Professional Campus<br>900 Route 168, Suite I-4<br>Turnersville, NJ 08012<br>(856) 228-7964 | **Order Filed on February 9, 2017<br>by Clerk U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>Marc and Lana Jones | Case No.: 13-11831 JNP<br><br>Chapter: 13<br><br>Judge: Jerrold N. Poslusny, Jr |

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: February 9, 2017**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Joseph J. Rogers, Esq_____, the applicant, is allowed a fee of $ _____400_____ for services rendered and expenses in the amount of $_____ for a total of $_____400_____ . The allowance shall be payable:

☒    through the Chapter 13 plan as an administrative priority.

❏    outside the plan.

The debtor's monthly plan is modified to require a payment of $\_\_\_\_\_2058\_\_\_\_\_ per month for \_\_\_\_\_11\_\_\_\_\_ months to allow for payment of the aforesaid fee.

**payments will commence March 1, 2017***

*Revised 10/3/02*

United States Bankruptcy Court
District of New Jersey

In re:   
Marc R. Jones   
Lana J. Jones   
    Debtors

Case No. 13-11831-JNP   
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1        User: admin        Page 1 of 1        Date Rcvd: Feb 09, 2017   
                              Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 11, 2017.   
db/jdb        Marc R. Jones,   Lana J. Jones,   106 S Saint Andrews Dr,   Mount Laurel, NJ  08054-2303

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.   
NONE.                                                                                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****   
NONE.                                                                                                                                               TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 11, 2017                                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 9, 2017 at the address(es) listed below:   
              Brian C. Nicholas    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com   
              Denise E. Carlon    on behalf of Creditor   PNC Bank, National Association bankruptcynotice@zuckergoldberg.com, bkgroup@kmllawgroup.com   
              Frances Gambardella    on behalf of Creditor   PNC Bank, National Association bankruptcynotice@zuckergoldberg.com   
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com   
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com   
              Jason Brett Schwartz    on behalf of Creditor   Consumer Portfolio Services jschwartz@mesterschwartz.com   
              Joseph J. Rogers    on behalf of Joint Debtor Lana J. Jones jjresq@comcast.net, jjresq1@comcast.net   
              Joseph J. Rogers    on behalf of Debtor Marc R. Jones jjresq@comcast.net, jjresq1@comcast.net   
                                                                                                                    TOTAL: 8