UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

In Re:

Case No.: _____

Judge: _____

Chapter: 13

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following **(choose one)**:

1. ☐ Motion for Relief from the Automatic Stay filed by _____ , creditor,

    A hearing has been scheduled for _____, at _____.

    ☐ Motion to Dismiss filed by the Chapter 13 Trustee.

    A hearing has been scheduled for _____, at _____.

    ☐ Certification of Default filed by _____,

    I am requesting a hearing be scheduled on this matter.

2. I oppose the above matter for the following reasons **(choose one)**:

    ☐ Payments have been made in the amount of $ _____, but have not been accounted for.  Documentation in support is attached.

☐ Payments have not been made for the following reasons and debtor proposes repayment as follows **(explain your answer)**:

☐ Other **(explain your answer)**:

3. This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4. I certify under penalty of perjury that the above is true.

Date: _____          _____
                                                            Debtor's Signature

Date: _____          _____
                                                            Debtor's Signature

**NOTES:**

1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to Dismiss.

2. Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

*rev.8/1/15*

In re Bankruptcy Mortgage Review - Marc R. Jones, Esq. and Lana J. Jones
Case No. 13-11831-JNP
Date:     3/30/2018

| Item No. | Date of Mortgage Payment | Contract Paid Date | Mortgage Amount Due | Mortgage Amount PAID by Joneses | Difference | Comments/Questions |
|---|---|---|---|---|---|---|
| 1 | 2/15/2013 | 2/1/2013 | $2,005.67 | $2,005.67 | $0.00 | |
| 2 | 3/15/2013 | 3/1/2013 | $2,005.67 | $2,010.00 | $4.33 | |
| 3 | 4/15/2013 | 4/1/2013 | $2,005.67 | $2,005.67 | $0.00 | |
| 4 | 5/15/2013 | 5/1/2013 | $2,005.67 | $2,267.34 | $261.67 | |
| 5 | 6/14/2013 | 6/1/2013 | $2,005.67 | $2,010.00 | $4.33 | |
| 6 | 7/15/2013 | 7/1/2013 | $2,005.67 | $2,005.67 | $0.00 | |
| 7 | NOT MADE | 8/1/2013 | $2,005.67 | $0.00 | ($2,005.67) | |
| 8 | 9/13/2013 | 8/1/2013 & 9/1/2013 | $2,005.67 | $4,080.00 | $2,074.33 | Appears to be an issue with applying double payment. |
| 9 | 10/31/2013 | 10/1/2013 | $2,005.67 | $1,570.00 | ($435.67) | |
| 10 | 11/15/2013 | 11/1/2013 | $2,005.67 | $2,010.00 | $4.33 | |
| 11 | 12/13/2013 | 12/1/2013 | $2,005.67 | $2,055.00 | $49.33 | |
| Sub-Total 2013 | | | $22,062.37 | $22,019.35 | ($43.02) | |
| 12 | 1/15/2014 | 1/1/2014 | $2,054.11 | $2,055.00 | $0.89 | |
| 13 | 2/27/2014 | 2/1/2014 | $2,054.11 | $2,055.00 | $0.89 | |
| 14 | 3/17/2014 | 3/1/2014 | $2,054.11 | $1,555.00 | ($499.11) | |
| 15 | 4/15/2014 | 4/1/2014 | $2,054.11 | $2,055.00 | $0.89 | |
| 16 | 5/22/2014 | 5/1/2014 | $2,054.11 | $2,055.00 | $0.89 | |
| 17 | 6/19/2014 | 6/1/2014 | $2,054.11 | $2,055.00 | $0.89 | |
| 18 | 7/18/2014 | 7/1/2014 | $2,054.11 | $1,555.00 | ($499.11) | |
| 19 | 8/27/2014 | 8/1/2014 | $2,054.11 | $1,308.00 | ($746.11) | |
| 20 | NOT MADE | MISSING | $2,054.11 | $0.00 | ($2,054.11) | |
| 21 | 10/1/2014 | 9/1/2014 | $2,054.11 | $2,055.00 | $0.89 | |
| 22 | 11/4/2014 | 10/1/2014 | $2,054.11 | $2,055.00 | $0.89 | |
| 23 | 12/18/2014 | 11/1/2014 & 12/1/2014 | $4,108.22 | $3,055.00 | ($1,053.22) | This is where the issues start |
| Sub-total 2014 | | | $26,703.43 | $21,858.00 | ($4,845.43) | |
| 24 | 2/10/2015 | 1/1/2015 & 2/1/2015 | $4,121.16 | $5,180.00 | $1,058.84 | |
| 25 | 2/13/2015 | 2/1/2015 | $2,060.58 | $2,065.00 | $4.42 | |
| 26 | 3/13/2015 | 3/1/2015 | $2,060.58 | $2,065.00 | $4.42 | |
| 27 | 4/15/2015 | 4/1/2015 | $2,060.58 | $2,065.00 | $4.42 | |
| 28 | 5/15/2015 | 5/1/2015 | $2,060.58 | $2,065.00 | $4.42 | |
| 29 | 6/16/2015 | 6/1/2015 | $2,060.58 | $2,065.00 | $4.42 | |
| 30 | 7/30/2015 | 7/1/2015 | $2,060.58 | $2,065.00 | $4.42 | |
| 31 | 8/24/2015 | 8/1/2015 | $2,060.58 | $2,065.00 | $4.42 | |
| 32 | 9/15/2015 | 9/1/2015 | $2,060.58 | $2,065.00 | $4.42 | |
| 33 | 10/15/2015 | 10/1/2015 | $2,060.58 | $2,065.00 | $4.42 | |
| 34 | 11/16/2015 | 11/1/2015 | $2,056.29 | $2,065.00 | $8.71 | |
| 35 | 12/16/2015 | 12/1/2015 | $2,056.29 | $2,065.00 | $8.71 | |
| Sub-Total 2015 | | | $26,778.96 | $27,895.00 | $1,116.04 | |
| 36 | 1/19/2016 | 1/1/2016 | $2,056.29 | $2,065.00 | $8.71 | |
| 37 | 2/16/2016 | 2/1/2016 | $2,056.29 | $2,065.00 | $8.71 | |
| 38 | 3/15/2016 | 3/1/2016 | $2,056.29 | $2,065.00 | $8.71 | |
| 39 | 4/15/2016 | 4/1/2016 | $2,056.29 | $2,065.00 | $8.71 | |
| 40 | 5/25/2016 | 5/1/2016 | $2,056.29 | $2,065.00 | $8.71 | |
| 41 | 6/30/2016 | 6/1/2016 | $2,056.29 | $2,065.00 | $8.71 | |
| 42 | 8/4/2016 | 7/1/2014 | $2,056.29 | $2,095.00 | $38.71 | |
| 43 | 8/16/2016 | 8/1/2016 | $2,056.29 | $2,065.00 | $8.71 | |
| 44 | 9/16/2016 | 9/1/2016 | $2,056.29 | $2,065.00 | $8.71 | |
| 45 | 10/17/2016 | 10/1/2016 | $2,056.29 | $2,065.00 | $8.71 | |
| 46 | 11/16/2016 | 11/1/2016 | $2,056.29 | $2,065.00 | $8.71 | |

Jones - Bankruptcy Mortgage Delinquency MRJ Analysis (3.30.2018)

In re Bankruptcy Mortgage Review - Marc R. Jones, Esq. and Lana J. Jones
Case No. 13-11831-JNP
Date:    3/30/2018

| Item No. | Date of Mortgage Payment | Contract Paid Date | Mortgage Amount Due | Mortgage Amount PAID by Joneses | Difference | Comments/Questions |
|---|---|---|---|---|---|---|
| 47 | 12/16/2016 | 12/1/2016 | $2,078.15 | $2,090.00 | $11.85 | |
| Sub-Total 2016 | | | $24,697.34 | $24,835.00 | $137.66 | |
| 48 | 1/18/2017 | 1/1/2017 | $2,078.15 | $2,085.00 | $6.85 | |
| 49 | 2/16/2017 | 2/1/2017 | $2,078.15 | $2,085.00 | $6.85 | |
| 50 | 3/16/2017 | 3/1/2017 | $2,078.15 | $2,085.00 | $6.85 | |
| 51 | 4/16/2017 | 4/1/2017 | $2,078.15 | $2,085.00 | $6.85 | |
| 52 | 5/31/2017 | 5/1/2017 | $2,078.15 | $2,085.00 | $6.85 | |
| 53 | 7/3/2017 | 6/1/2017 | $2,078.15 | $2,085.00 | $6.85 | |
| 54 | 7/17/2017 | 7/1/2017 | $2,078.15 | $2,085.00 | $6.85 | |
| 55 | 8/16/2017 | 8/1/2017 | $2,078.15 | $2,085.00 | $6.85 | |
| 56 | 9/15/2017 | 9/1/2017 | $2,078.15 | $2,085.00 | $6.85 | |
| 57 | 10/13/2017 | 10/1/2017 | $2,078.15 | $2,085.00 | $6.85 | |
| 58 | 11/16/2017 | 11/1/2017 | $2,078.15 | $2,085.00 | $6.85 | |
| 59 | 12/18/2017 | 12/1/2017 | $2,078.15 | $2,085.00 | $6.85 | |
| Sub-Total 2017 | | | $24,937.80 | $25,020.00 | $82.20 | |
| 60 | NOT MADE | 1/1/2018 | $2,100.00 | $0.00 | ($2,100.00) | |
| 61 | 2/15/2018 | 2/1/2018 | $2,100.00 | $2,200.00 | $100.00 | |
| 62 | 3/15/2018 | 3/1/2018 | $2,100.00 | $2,200.00 | $100.00 | |
| Sub-Total 2018 | | | $6,300.00 | $4,400.00 | ($2,000.00) | |
| Totals: | | | $131,479.90 | $126,027.35 | ($5,552.55) | |

| | |
|---|---|
| Total No. of Payments Required from 2/2013 to 1/2018: | 60 |
| Total Payments Made by Debtors: | 57 |
| Missing No. of Payments** | 3 |

**NOTE: Although (3) payments are missing, note that for missing payments (7) and (20) that additional money was included in payments (8), (23) and (24) to compensate.  Payment No. (60) is the only payment that was not made due to a returned check.