**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Marc R. Jones | Social Security number or ITIN   xxx–xx–8828 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Lana J. Jones | Social Security number or ITIN   xxx–xx–5599 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 13–11831–JNP | |

# Order of Discharge                                                          12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Marc R. Jones                                Lana J. Jones
                                             aka Lana Bockhaus


<u>4/5/18</u>                                 **By the court:** <u>Jerrold N. Poslusny Jr.</u>
                                                          United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

Form 3180W                          **Chapter 13 Discharge**                          page 1

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                              United States Bankruptcy Court
                                   District of New Jersey
In re:                                                             Case No. 13-11831-JNP
Marc R. Jones                                                      Chapter 13
Lana J. Jones
         Debtors                    CERTIFICATE OF NOTICE
District/off: 0312-1          User: admin                 Page 1 of 2                   Date Rcvd: Apr 05, 2018
                              Form ID: 3180W              Total Noticed: 46


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 07, 2018.
db/jdb         Marc R. Jones,    Lana J. Jones,    106 S Saint Andrews Dr,    Mount Laurel, NJ  08054-2303
513644803      Aes/njhighed,    PO Box 2461,    Harrisburg, PA  17105-2461
513644805     +Attorney General,    Hughes Justice Complex,    PO Box 080,    Trenton, NJ 08625-0080
516719916      Citibank N.A.,    c/o Firstmark Services,    P.O. Box 82522,    Lincoln, NE 68501-2522
514054671      Citibank, N.A.,    P.O. Box 6094,    Sioux Falls, SD 57117-6094
513727840     +NJHESAA,    AES/PHEAA,    PO Box 8183,    Harrisburg, PA 17105-8183
513766335     +PNC Bank,    P.O. Box 94982,    Cleveland, OH 44101-4982
513791245     +Pheaa,    Po Box 8147,    Harrisburg, Pa 17105-8147
513644816      Pnc Bank, N.a.,    PO Box 3180,    Pittsburgh, PA  15230-3180
513644817     +Pnc Mortgage,    3232 Newmark Dr,    Miamisburg, OH 45342-5433
513644814    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court: NJ Division Of Taxation,    Bankruptcy Section,    PO Box 245,
                 Trenton, NJ  08695-0245)
513644818     +Sprains, Strains & Fractures,    PO Box 168,    Haddonfield, NJ 08033-0278
513644819      State Of New Jersey,    Division Of Taxation,    CN-190,    Trenton, NJ  08650
513644820      Stu Ln Trust,    PO Box 22828,    Rochester, NY  14692-2828
513644823      Us Dept Of Education,    PO Box 5609,    Greenville, TX  75403-5609

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Apr 05 2018 23:28:15      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 05 2018 23:28:10      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
513692619      EDI: HNDA.COM Apr 06 2018 03:03:00      American Honda Finance Corporation,
                 National Bankruptcy Center,    P.O. Box 168088,    Irving, TX 75016-8088,    866-716-6441
513644804      EDI: HNDA.COM Apr 06 2018 03:03:00      Am Honda Fin,    200 Continental Dr,
                 Newark, DE  19713-4334
513644806      EDI: BANKAMER.COM Apr 06 2018 03:04:00      Bank Of America,    PO Box 982235,
                 El Paso, TX  79998-2235
513779571      EDI: BL-BECKET.COM Apr 06 2018 03:04:00      Capital One NA,    c/o Becket and Lee LLP,
                 POB 3001,    Malvern PA 19355-0701
513659107     +EDI: CITICORP.COM Apr 06 2018 03:04:00      Citibank N.A.,    c/o Citibank (South Dakota), N.A.,
                 ATTN: Claims Dept. MC 2235,    701 E 60th Street North,    Sioux Falls, SD 57104-0432
513676123      EDI: IRS.COM Apr 06 2018 03:04:00      Dept of Treasury - Internal Revenue Service,
                 PO Box 7346,    Philadelphia, PA 19101-7346
513659669      EDI: DISCOVER.COM Apr 06 2018 03:04:00      Discover Bank,    DB Servicing Corporation,
                 PO Box 3025,    New Albany, OH  43054-3025
513644807      EDI: DISCOVER.COM Apr 06 2018 03:04:00      Discover Fin Svcs Llc,    PO Box 15316,
                 Wilmington, DE  19850-5316
513990821      EDI: ECMC.COM Apr 06 2018 03:03:00      ECMC,    P.O. Box 16408,    St. Paul, MN 55116-0408
513990822      EDI: ECMC.COM Apr 06 2018 03:03:00      ECMC,    P.O. Box 16408,    St. Paul, MN 55116-0408,
                 ECMC,    P.O. Box 16408,    St. Paul, MN 55116-0408
513959405      EDI: RMSC.COM Apr 06 2018 03:04:00      GE Capital Retail Bank,    Attn: Bankruptcy Department,
                 PO Box 960061,    Orlando FL 32896-0661
513644808      EDI: RMSC.COM Apr 06 2018 03:04:00      Gecrb/care Credit,    C/O PO Box 965036,
                 Orlando, FL  32896-5036
513644809      EDI: RMSC.COM Apr 06 2018 03:04:00      Gecrb/home Design Furn,    PO Box 981439,
                 El Paso, TX  79998-1439
513644810      EDI: RMSC.COM Apr 06 2018 03:04:00      Gecrb/lowes,    PO Box 956005,    Orlando, FL  32896-0001
513644811      EDI: RMSC.COM Apr 06 2018 03:04:00      Gecrb/toys,    PO Box 965005,    Orlando, FL  32896-5005
514124196      EDI: JEFFERSONCAP.COM Apr 06 2018 03:03:00      JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,
                 ST CLOUD MN 56302
514124197      EDI: JEFFERSONCAP.COM Apr 06 2018 03:03:00      JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,
                 ST CLOUD MN 56302,    JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,    ST CLOUD MN 56302
513644813     +EDI: CBSKOHLS.COM Apr 06 2018 03:03:00      Kohls/capone,    N56W17000 Ridgewood Dr,
                 Menomonee Falls, WI 53051-7096
513911412     +EDI: OPHSUBSID.COM Apr 06 2018 03:04:00      OAK HARBOR CAPITAL VII, LLC,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
513914773      EDI: PRA.COM Apr 06 2018 03:03:00      Portfolio Recovery Associates, LLC,    c/o Lowes,
                 POB 41067,    Norfolk VA 23541
513920533      EDI: PRA.COM Apr 06 2018 03:03:00      Portfolio Recovery Associates, LLC,
                 c/o Toys R Us Mastercard,    PO Box 41067,    Norfolk VA 23541
513680792      E-mail/Text: bankruptcynotices@psecu.com Apr 05 2018 23:28:56     PSECU,    PO Box 67013,
                 Harrisburg, PA 17106-7013
513644815      E-mail/Text: bankruptcynotices@psecu.com Apr 05 2018 23:28:56     Pa Sta Empcu,
                 1 Credit Union Pl,    Harrisburg, PA  17110-2912
514330809      EDI: NAVIENTFKASMDOE.COM Apr 06 2018 03:04:00      Sallie Mae Inc. on behalf of,
                 Department of Education,    P.O. Box 740351,    Atlanta, GA. 30374-0351
513792226     +E-mail/Text: bncmail@w-legal.com Apr 05 2018 23:28:23     TD BANK USA, N.A.,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
```

```
District/off: 0312-1          User: admin              Page 2 of 2             Date Rcvd: Apr 05, 2018
                              Form ID: 3180W           Total Noticed: 46
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
513644821         EDI: CITICORP.COM Apr 06 2018 03:04:00      Thd/cbna,    PO Box 6497,
                  Sioux Falls, SD  57117-6497
513644822         EDI: WTRRNBANK.COM Apr 06 2018 03:04:00      Tnb - Target,    PO Box 673,
                  Minneapolis, MN  55440-0673
513883888         EDI: ECAST.COM Apr 06 2018 03:03:00      eCAST Settlement Corporation,    POB 29262,
                  New York NY 10087-9262,    eCAST Settlement Corporation,    POB 29262,    New York NY 10087-9262
513883887         EDI: ECAST.COM Apr 06 2018 03:03:00      eCAST Settlement Corporation,    POB 29262,
                  New York NY 10087-9262
                                                                                              TOTAL: 31

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
513779572*         Capital One NA,   c/o Becket and Lee LLP,    POB 3001,   Malvern PA 19355-0701
513644812*        ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                  PHILADELPHIA PA 19101-7346
                  (address filed with court:   Internal Revenue Service,    Bankruptcy Department,
                    955 South Springfield Avenue,    Springfield, NJ  08071)
514124200*        ++JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,    SAINT CLOUD MN 56302-7999
                  (address filed with court:   JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,    ST CLOUD MN 56302)
514124201*        ++JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,    SAINT CLOUD MN 56302-7999
                  (address filed with court:   JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,    ST CLOUD MN 56302,
                    JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,    ST CLOUD MN 56302)
513720428*        ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                  TRENTON NJ 08646-0245
                  (address filed with court:   State Of New Jersey,    Division Of Taxation,    Bankruptcy Section,
                    PO Box 245,   Trenton, NJ 08695-0245)
                                                                                             TOTALS: 0, * 5, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 07, 2018                                   Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 5, 2018 at the address(es) listed below:
```
              Brian C. Nicholas    on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION
               bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor   PNC Bank, National Association
               bankruptcynotice@zuckergoldberg.com, bkgroup@kmllawgroup.com
              Frances Gambardella    on behalf of Creditor   PNC Bank, National Association
               bankruptcynotice@zuckergoldberg.com
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Jason Brett Schwartz    on behalf of Creditor   Consumer Portfolio Services
               jschwartz@mesterschwartz.com
              Joseph J. Rogers    on behalf of Joint Debtor Lana J. Jones jjresq@comcast.net,
               jjresq1@comcast.net
              Joseph J. Rogers    on behalf of Debtor Marc R. Jones jjresq@comcast.net, jjresq1@comcast.net
                                                                                              TOTAL: 8
```