# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

| In Re: | Case No.: | 13-11831 |
|---|---|---|
| Marc R. Jones | Hearing Date: | May 1, 2018 |
| Lana J. Jones | Chapter: | 13 |
| | Judge: | JNP |

## NOTICE OF HEARING

You are hereby notified of a hearing before the Honorable Jerrold N. Poslusny Jr., United States Bankruptcy Judge.

**Reason for Hearing:** Objection to Creditor's Certification of Default

**Location of Hearing:** Courtroom No. 4-C
Mitchell H. Cohen U.S. Courthouse
400 Cooper Street
Camden, NJ 08101

**Date and Time:** May 1, 2018 at 10:00 a.m., or as soon thereafter as counsel may be heard.

**COURT APPEARANCES:** ☒ ARE REQUIRED  ☐ ARE NOT REQUIRED

DATE: April 6, 2018

JEANNE A. NAUGHTON, Clerk

By: /s/ Darlene E. Fitzgerald
Deputy Clerk

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on April 6, 2018 this notice was served on the following: Debtor, Attorney for Debtor, Attorney for Creditor, Trustee, US Trustee

JEANNE A. NAUGHTON, Clerk

By: /s/ Darlene E. Fitzgerald
Deputy Clerk

*rev.1/4/17*

United States Bankruptcy Court
District of New Jersey

In re:  
Marc R. Jones  
Lana J. Jones  
    Debtors

Case No. 13-11831-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Apr 06, 2018  
                        Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 08, 2018.  
db/jdb         Marc R. Jones,   Lana J. Jones,   106 S Saint Andrews Dr,   Mount Laurel, NJ   08054-2303

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.     TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.     TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 08, 2018                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 6, 2018 at the address(es) listed below:
            Brian C. Nicholas    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com  
            Denise E. Carlon    on behalf of Creditor    PNC Bank, National Association bankruptcynotice@zuckergoldberg.com, bkgroup@kmllawgroup.com  
            Frances Gambardella    on behalf of Creditor    PNC Bank, National Association bankruptcynotice@zuckergoldberg.com  
            Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
            Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
            Jason Brett Schwartz    on behalf of Creditor    Consumer Portfolio Services jschwartz@mesterschwartz.com  
            Joseph J. Rogers    on behalf of Joint Debtor Lana J. Jones jjresq@comcast.net, jjresq1@comcast.net  
            Joseph J. Rogers    on behalf of Debtor Marc R. Jones jjresq@comcast.net, jjresq1@comcast.net  
            TOTAL: 8