UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Denise Carlon, Esquire
KML Law Group, P.C.
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
PNC Bank, National Association

**Order Filed on May 11, 2018 by
Clerk U.S. Bankruptcy Court
District of New Jersey**

In Re:
    Lona J. Jones, Marc R. Jones

Debtors.

Case No.: 13-11831 JNP

Adv. No.:

Hearing Date: 5/1/18 @ 10:00 a.m..

Judge: Jerrold N. Poslusny Jr

# ORDER RESOLVING CERTIFICATION OF DEFAULT

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: May 11, 2018**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtor:  Lona J. Jones, Marc R. Jones
Case No:  13-11831 JNP
Caption of Order:  ORDER RESOLVING CERTIFICATION OF DEFAULT
_____

      This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, PNC Bank, National Association, Denise Carlon appearing, upon a motion to vacate the automatic stay as to real property located at 106S Street Andrews Drive, Mount Laurel, NJ, 08054, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Joseph J. Rogers, Esquire, attorney for Debtors, and for good cause having been shown

      It is **ORDERED, ADJUDGED and DECREED** that the stay is vacated immediately; and

      It is further **ORDERED, ADJUDGED and DECREED** that the Debtor is free to address the arrears with Secured Creditor directly outside of the bankruptcy.