| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>Denise Carlon, Esquire<br>KML Law Group, P.C.<br>216 Haddon Avenue, Suite 406<br>Westmont, NJ 08108<br>Main Phone: 609-250-0700<br>dcarlon@kmllawgroup.com<br>Attorneys for Secured Creditor<br>PNC Bank, National Association | Order Filed on May 11, 2018 by<br>Clerk U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br>    Lona J. Jones, Marc R. Jones<br><br>Debtors. | Case No.: 13-11831 JNP<br><br>Adv. No.:<br><br>Hearing Date: 5/1/18 @ 10:00 a.m..<br><br>Judge: Jerrold N. Poslusny Jr |

## ORDER RESOLVING CERTIFICATION OF DEFAULT

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: May 11, 2018**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtor:  Lona J. Jones, Marc R. Jones
Case No:  13-11831 JNP
Caption of Order:  ORDER RESOLVING CERTIFICATION OF DEFAULT
_____

      This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, PNC Bank, National Association, Denise Carlon appearing, upon a motion to vacate the automatic stay as to real property located at 106S Street Andrews Drive, Mount Laurel, NJ, 08054, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Joseph J. Rogers, Esquire, attorney for Debtors, and for good cause having been shown

      It is **ORDERED, ADJUDGED and DECREED** that the stay is vacated immediately; and

      It is further **ORDERED, ADJUDGED and DECREED** that the Debtor is free to address the arrears with Secured Creditor directly outside of the bankruptcy.

United States Bankruptcy Court
District of New Jersey

```
In re:                                                              Case No. 13-11831-JNP
Marc R. Jones                                                       Chapter 13
Lana J. Jones
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-1          User: admin              Page 1 of 1           Date Rcvd: May 11, 2018
                              Form ID: pdf903          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 13, 2018.
db/jdb          Marc R. Jones,    Lana J. Jones,   106 S Saint Andrews Dr,    Mount Laurel, NJ  08054-2303

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 13, 2018                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 11, 2018 at the address(es) listed below:
              Brian C. Nicholas     on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
               bnicholas@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    PNC Bank, National Association
               bankruptcynotice@zuckergoldberg.com,   bkgroup@kmllawgroup.com
              Frances  Gambardella    on behalf of Creditor    PNC Bank, National Association
               bankruptcynotice@zuckergoldberg.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Jason Brett Schwartz    on behalf of Creditor    Consumer Portfolio Services
               jschwartz@mesterschwartz.com
              Joseph J. Rogers    on behalf of Joint Debtor Lana J. Jones jjresq@comcast.net,
               jjresq1@comcast.net
              Joseph J. Rogers    on behalf of Debtor Marc R. Jones jjresq@comcast.net,   jjresq1@comcast.net
                                                                                             TOTAL: 8